RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE 1 d/b/a www.youtube.com/@Destination2Truth,<br><br>Defendant. | Case No. 25-cv-05207-DMR<br><br>**HON. DONNA M. RYU**<br><br>**<u>DISCOVERY MATTER</u>**<br><br>**DECLARATION OF RANDALL S. NEWMAN IN SUPPORT OF *EX-PARTE* APPLICATION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |

1

**DECLARATION OF RANDALL S. NEWMAN ISO PLAINTIFF'S EX PARTE APPLICATION**

**DECLARATION OF RANDALL S. NEWMAN**

I, Randall S. Newman, hereby swear and affirm pursuant to 28 U.S.C. § 1746 upon direct personal knowledge that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court and am the attorney for Plaintiff Christopher J. Cordova also known as Denver Metro Audits ("Plaintiff"). Unless otherwise stated, I have first-hand personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

2. Plaintiff commenced this action against Defendant JOHN DOE 1 d/b/a www.youtube.com/@Destination2Truth (the "D2T Channel") on June 20, 2025 (ECF No. 1).

3. I am informed and believe that the D2T Channel is operated anonymously by an individual or entity whose identity is unknown to Plaintiff. It appears that the channel is actively monetized and publicly lists the contact email address La1Familiainc@gmail.com. (a screenshot of the DJT Channel's contact information is attached hereto as **Exhibit "A"**).

4. A second YouTube channel, "FAMILIA-TV" (located at www.youtube.com/@FAMILIA-TV), uses the same public email address and displays an identical logo. Both channels also feature narration by the same individual, with a consistent vocal style and delivery. Based on these facts, I believe both channels are operated by the same person or entity. (A screenshot of the Familia-TV channel's contact information is attached hereto as **Exhibit "B"**).

5. On June 24, 2025, I sent an email to La1Familiainc@gmail.com attaching a copy of the Complaint and requesting that the channel operator contact me to resolve the matter without litigation. A true and correct copy of that email is attached hereto as **Exhibit C**. The email was not returned as undeliverable, but no response was received.

6. Plaintiff has registered the copyrighted video at issue with the U.S. Copyright Office. A true and correct copy of the registration certificate is attached hereto as **Exhibit D**.

7. The proposed subpoena to Google, LLC d/b/a YouTube is attached hereto as **Exhibit E**. It seeks only limited identifying information about the Destination2Truth and FAMILIA-TV YouTube channels—such as subscriber names, addresses, email addresses, associated IP addresses, and monetization details—necessary to identify the Doe Defendant.

8. This discovery is essential to amend the Complaint, effect service, and proceed with this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of July, 2025, in Bangkok, Thailand.

                                           s/ Randall S. Newman
                                           Randall S. Newman

**DECLARATION OF RANDALL S. NEWMAN ISO PLAINTIFF'S EX PARTE APPLICATION**



7/2/25, 3:53 PM                                                            Destination 2Truth - YouTube





EXHIBIT B - Page 1 of 2



**rsn@randallnewman.net**

| | |
|---|---|
| **From:** | rsn@randallnewman.net |
| **Sent:** | Tuesday, June 24, 2025 12:02 PM |
| **To:** | 'La1familiainc@gmail.com' |
| **Subject:** | Cordova v. John Doe d/b/a Destination2Truth - Complaint - Northern District of California Case No. 25-cv-05207 |
| **Attachments:** | Cordova v. John Doe - 25-cv-5207.pdf |

Dear Destination 2Truth:

I represent Christopher Cordova, the plaintiff in the attached federal copyright infringement lawsuit, concerning unauthorized use of his registered video content.

You are receiving this email because you are believed to be the individual operating the YouTube channel "Destination 2Truth," which is directly implicated in the unauthorized use and monetization of Mr. Cordova's protected works.

If you are not the operator of the channel, please inform me immediately.

If you are, this serves as formal notice that litigation is now pending.

You are hereby requested to contact me within seven (7) days of this message to discuss the matter. If I do not hear from you by July 1, 2025, we will proceed with an *ex parte* application to subpoena Google/YouTube for your identifying information so that you may be formally served.

Please govern yourself accordingly.

Randall S. Newman, Esq.
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

Attorney for Plaintiff,
Christopher J. Cordova

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**PA 2-457-989**

**Effective Date of Registration:**
February 06, 2024
**Registration Decision Date:**
March 05, 2024

---

## Title
    **Title of Work:** ANOTHER CHAD EXPOSED!!! Worthless Denver Cops... ASSAULTED!!!

## Completion/Publication
    **Year of Completion:** 2022
    **Date of 1st Publication:** March 16, 2022
    **Nation of 1st Publication:** United States

## Author
-     **Author:** Christopher John Cordova
    **Author Created:** entire motion picture
    **Citizen of:** United States
    **Year Born:** 1982

## Copyright Claimant
    **Copyright Claimant:** Christopher John Cordova
    4643 S. Lowell Blvd Unit B, Denver, CO, 80236

## Rights and Permissions
    **Organization Name:** Denver Metro Audits
    **Name:** Christopher John Cordova
    **Email:** denvermetroaudits@gmail.com

## Certification
    **Name:** Christopher Cordova
    **Date:** February 06, 2024

Page 1 of 2

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| CHRISTOPHER J. CORDOVA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 25-cv-05207-DMR |
| JOHN DOE 1 d/b/a www.youtube.com/@Distination2Truth | ) ) ) | |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Google, LLC
c/o Corporation Service Company (CSC), 2710 Gateway Oaks Dr., Suite 150N, Sacramento, CA 958..

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Attachment A

| Place: Production via email to: rsn@randallnewman.net | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____    _____
*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Christopher J. Cordova _____, who issues or requests this subpoena, are:
Randall S. Newman, Esq., 99 Wall Street, Suite 3727, New York, NY 10005, (212) 797-3735, rsn@randallnewman.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 25-cv-05207-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

EXHIBIT E - Page 2 of 6

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

### Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
  **(i)** is a party or a party's officer; or
  **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
 **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
 **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
 **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  **(i)** fails to allow a reasonable time to comply;
  **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
  **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  **(iv)** subjects a person to undue burden.
 **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

  **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
 **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  **(i)** expressly make the claim; and
  **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

| | |
|---|---|
| 1 | RANDALL S. NEWMAN (SBN 190547) |
| 2 | Attorney at Law |
| 3 | 99 Wall St., Suite 3727 |
| | New York, NY 10005 |
| 4 | 212.797.3735 |
| 5 | rsn@randallnewman.net |
| 6 | *Attorney for Plaintiff,* |
| 7 | *Christopher J. Cordova* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER J. CORDOVA, | Case No. 25-cv-05207-DMR |
| Plaintiff, | **Honorable Donna M. Ryu** |
| vs. | **ATTACHMENT A TO SUBPOENA TO GOOGLE, LLC D/B/A YOUTUBE FOR PRODUCTION OF DOCUMENTS** |
| JOHN DOE 1 d/b/a www.youtube.com/@Destination2Truth, | |
| Defendant. | |

# ATTACHMENT A
## DEFINITIONS

1. "YouTube," "You," and "Your" mean and refer to Google, LLC d/b/a YouTube and its subsidiaries, affiliates, and divisions, and its officers, directors, employees, attorneys and/or agents, and all other persons acting on its behalf.

2. "Defendant" or "D2T" or "Familia-TV" means the individual or entity operating the YouTube channel located at www.youtube.com/@Destination2Truth, and any other YouTube channel linked to the email address La1Familiainc@gmail.com, including, but not limited to the channel known as www.youtube.com/@FAMILIA-TV, and any person acting on their behalf.

3. "Document" and "documents" have the broadest meaning consistent with Rule 34(a)(l)(A) of the Federal Rules of Civil Procedure, and the broadest meaning consistent with the terms "writings" or "recordings as set forth in Rule 1001 of the Federal Rules of Evidence, and specifically and without limitation include tangible things and ESI (including e-mail and information stored on computer disk or other electronic, magnetic, or optical data storage medium). This Request for Production calls for the production of all responsive documents. "ESI" means electronically stored information as that phrase is used in Rule 34(a)(l)(A) of the Federal Rules of Civil Procedure.

4. "Communication" and "Communications" encompass every kind of exchange or transfer of information, whether oral, written, electronic or in any other form.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1. Documents sufficient to show the identity of the owner(s) of the D2T and Familia-TV YouTube channels.

2. Documents sufficient to show the physical address of the owner(s) of the D2T and Familia-TV YouTube channels.

3. Documents sufficient to show the email addresses associated with the D2T and Familia-TV YouTube channels.

4. Documents sufficient to show the telephone numbers associated with the D2T and Familia-TV YouTube channels.

5. Documents sufficient to show the IP address associated with the most recent login to the D2T and Familia-TV YouTube channels.

6. Documents sufficient to show the dates and IP addresses used to access the D2T and Familia-TV YouTube channels within the past 90 days.

7. Documents sufficient to show whether the D2T and Familia-TV YouTube channels are monetized.

8. Documents sufficient to show the name of the persons or entities associated with the linked AdSense account if the D2T and Familia-TV YouTube channels are monetized.