RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOHN DOE 1 d/b/a www.youtube.com/@Destination2Truth,<br><br>    Defendant. | Case No. 25-cv-05207-DMR<br><br>**HON. DONNA M. RYU**<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |

1

Having reviewed Plaintiff's *Ex Parte* Application for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference, and good cause appearing, the Court hereby ORDERS:

1. Plaintiff is granted leave to serve a Rule 45 subpoena on Google LLC d/b/a YouTube in the form attached as Exhibit E to the Declaration of Randall S. Newman.

2. The subpoena may seek subscriber registration information, IP logs, and other identifying details sufficient to identify the individual or entity operating the YouTube channel "Destination2Truth" and any related channels using the email address La1Familiainc@gmail.com, including the channel known as "FAMILIA-TV."

3. Plaintiff may use the information obtained from the subpoena solely for the purpose of amending the complaint and effecting service on the Doe Defendant.

IT IS SO ORDERED.

Dated: _____, 2025

_____
HON. DONNA M. RYU
United States Magistrate Judge