RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA, | Case No. 25-cv-05207-DMR |
| Plaintiff, | HON. DONNA M. RYU |
| vs. | |
| JOHN DOE 1 d/b/a www.youtube.com/@Destination2Truth, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | |

1 | Notice is hereby given that pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff
2 | voluntarily dismisses the above-captioned action without prejudice.
3
4 | Dated: January 6, 2026

/s/ Randall S. Newman
Randall S. Newman, Esq. (SBN 190547)
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*